AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| GLADYS GARCIA,<br><br>*Plaintiff(s)*<br>v.<br>RADIENZ LIVING, LLC,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No. 23-cv-6862-OEM-SIL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  RADIENZ LIVING, LLC
445 Broad Hollow Road, Suite 220, Melville, New York 11747

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey S. Ettenger, Esq.
Schwartz Ettenger, PLLC
445 Broad Hollow Road, Suite 205
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

Date: 09/18/2023

*Concetta Landow*

*Signature of Clerk or Deputy Clerk*